UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JAMES ELLIOT CULP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO.: 3:16-CV-00144-TLS-CAN |
| BUSINESS & PROFESSIONAL SERVICES, INC., | ) ) ) ) |
| Defendant. | ) ) |

**JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE**

Plaintiff, James Elliot Culp, by counsel, and Defendant, Business & Professionals, Inc., by counsel, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, hereby stipulate that this Cause of action is dismissed with prejudice.

| CONSUMER LAW PARTNERS, LLC | KIGHTLINGER & GRAY, LLP |
|---|---|
| /s/ Nathan Volheim | /s/ Peter A. Velde |
| David S. Klain | Peter A. Velde |
| Nathan Volheim | Attorney I.D. No.: 949-49 |
| 435 North Michigan Avenue, Suite 1609 | One Indiana Square, Suite 300 |
| Chicago, IL  60611 | 211 North Pennsylvania Street |
| Email:  davidklain@aol.com | Indianapolis, IN  46204 |
| Email:  nate.v@consumerlawpartners.com | Email:  pvelde@k-glaw.com |

160394\3350669-1